COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00216-CV 

 

 




 
 
 In re Joseph King
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                      
------------

The
court has considered relator’s petition for habeas
corpus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of habeas corpus is denied.

 

 

BILL MEIER

JUSTICE

 

PANEL: 
WALKER, MCCOY, and MEIER, JJ.

 

WALKER,
J., would request response.

 

DELIVERED: 
July 5, 2011














         
[1]See
Tex. R. App. P. 47.4, 52.8(d).